# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In Re: ) | Case No: | 18-15740 |
| Melisa Hall ) | | |
| ) | Chapter: | Chapter 13 |
| Debtor ) | | |
| ) | Judge: | LaShonda A. Hunt |

## NOTICE OF MOTION

TO**:** See attached list

PLEASE TAKE NOTICE that on **November 20, 2020** at **10:15 a.m.,** I will appear before the Honorable LaShonda A. Hunt, or any judge sitting in that judge's place, and present the motion of **MOTION TO MODIFY CONFIRMED PLAN,** a copy of which is attached

**This motion will be presented and heard telephonically using AT&T Teleconference. No personal appearance in court is necessary or permitted. To appear and be heard telephonically on the motion, you must call in to the hearing using the following information—Toll Free Number: 1-888-557-8511; Access Code: 7490911.**

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

**By:** */s/ Briana Czajka*

Briana Czajka
Geraci Law L.L.C.
55 E. Monroe Street #3400
Chicago, Illinois 60603
312.332.1800
ndil@geracilaw.com

## CERTIFICATE OF SERVICE

I, Briana Czajka, certify that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on October 29, 2020 before 5:30 PM**.**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

```
In Re:                        )    Case No:    18-15740
    Melisa Hall               )
                              )    Chapter:    Chapter 13
            Debtor            )
                              )    Judge:      LaShonda A. Hunt
```

## LIST OF PARTIES SERVED

Glenn B. Stearns, 801 Warrenville Rd. Suite 650, Lisle, IL 60532

Office of the U.S. Trustee, 219 S. Dearborn, Suite 873, Chicago, Illinois 60604

Melisa Renee Hall, 1431 Plantain Dr., Minooka, IL 60447

ALL OTHER CREDITORS ON THE ATTACHED SERVICE LIST

-Via regular mail

Capitalone
Attn: Bankruptcy Dept.
15000 Capital One Dr
Richmond VA 23238

Midland Credit Management
Bankruptcy Dept.
2365 Northside Dr Suite 300
San Diego CA 92108

Capitalone
Attn: Bankruptcy Dept.
15000 Capital One Dr
Richmond VA 23238

Client Services Inc
Bankruptcy Dept.
3451 Harry S Truman Blvd
St Charles MO 63301

CBNA
Attn: Bankruptcy Dept.
Po Box 6283
Sioux Falls SD 57117

Midland Funding, LLC
Bankruptcy Dept.
8875 Aero Drive, # 200
San Diego CA 92123

Atlantic Credit & Finance, Inc
Bankruptcy Dept.
PO Box 13386
Roanoke VA 24033

Chrysler Capital
Attn: Bankruptcy Dept.
Po Box 961275
Fort Worth TX 76161

Circleback Lending
C/o Niagara Credit Solutions
1212 Abbott Rd, Suite D
Lackawanna NY 14218

IC Systems Inc.
Bankruptcy Dept.
PO Box 64378
Saint Paul MN 55164

Comenitybank/KAY
Attn: Bankruptcy Dept.
3100 Easton Square Pl
Columbus OH 43219

Comenitybank/Victoria
Attn: Bankruptcy Dept.
Po Box 182789
Columbus OH 43218

Digestive Health Associates
1715 N. Division St.
Ste A
Morris IL 60450

Elizabeth and Lewis Henderson
1431 Plantain Drive
Minooka IL 60447

First Bankcard
PO Box 2557
Omaha NE 68103

First National Bank of Omaha
Bankruptcy Department
1620 Dodge St., Stop Code 3105
Omaha NE 68197

Unifund CCR Partners
Bankruptcy Dept.
10625 Techwoods Circle
Cincinnati OH 45242

Nations Recovery Center, Inc.
Bankruptcy Dept.
PO Box 620421
Atlanta GA 30362

Illinois Department of Revenue
Bankruptcy Department
PO Box 64338
Chicago IL 60664-0338

IRS Priority Debt
Bankruptcy Dept.
PO Box 7346
Philadelphia PA 19101

Joliet Radiological
36910 Treasury Center
Chicago IL 60694

KAY JEWELERS/Genesis
Attn: Bankruptcy Dept.
15220 Nw Greenbrier, Ste
Beaverton OR 97006

KAY JEWELERS/GFS
Attn: Bankruptcy Dept.
Po Box 4480
Beaverton OR 97076

Kohls/Capone
Attn: Bankruptcy Dept.
N56 W 17000 Ridgewood Dr
Menomonee Falls WI 53051

Mariner Finance
Attn: Bankruptcy Dept.
8211 Town Center Dr
Nottingham MD 21236

Mary Monaco, D.O.
79 129th Infantry Drive
Joliet IL 60435

Morris Hospital
Attn: Bankruptcy Department
150 W. High St.
Morris IL 60450

Grundy County Clerk
2018SC20
PO Box 675
Morris IL 60450

Michael Naughton
Bankruptcy DepartmentPO Box 10
Manhattan IL 60442

Presence Health
Bankruptcy Dept.
62314 Collections Center Dr.
Chicago IL 60693

Steven Logan DDS
C/o Collection Professionals, Inc.
723 First Street
LaSalle IL 61301

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | | |
|---|---|---|---|
| In Re: | ) | Case No: | 18-15740 |
| Melisa Hall | ) | | |
| Debtor | ) | Chapter: | Chapter 13 |
| | ) | | |
| | ) | Judge: | LaShonda A. Hunt |

## MOTION TO MODIFY CONFIRMED PLAN

NOW COME the Debtor, Mrs. Melisa Hall (the "Debtor"), by and through her attorneys, Geraci Law L.L.C., to present her **MOTION TO MODIFY CONFIRMED PLAN,** and states as follows:

1. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. 1334 and this is a "core proceeding" under 28 U.S.C. 157(b)(2).

2. The Debtor filed her Petition for Relief and plan under Chapter 13 of the U.S. Bankruptcy Act on 05/31/2018.

3. The Debtor's plan was confirmed by the Court on 08/10/2018.

4. During the plan, the Debtor's husband lost his job due to the COVID-19 pandemic and the Debtor was unable to make her plan payments during this time.

5. The Debtor's husband has returned to work and the Debtor has also found new, gainful employment. Therefore she can resume making her plan payments. Please see Exhibit A for updated Schedules I and J.

6. The Debtor cannot catch up on her payments in a lump sum, but can make payments going forward.

7. For the reasons stated above, it is necessary for the successful completion of the Debtor's plan to defer Debtor's current Chapter 13 plan default to the end of her plan of reorganization.

8. The Debtor's plan will not run more than the allotted 60 months and will still pay out the confirmed dividend to unsecured creditors.

WHEREFORE THE DEBTOR, Mrs. Melisa Hall, respectfully requests this Honorable Court enter an order:

1. Deferring the Debtor's current Chapter 13 plan default to the end of her plan of reorganization.

2. Any other relief the court deems proper.

**By:** ___/s/ Briana Czajka___
Briana Czajka

**Attorneys for the Debtor**
Geraci Law L.L.C.
55 E. Monroe Street #3400
Chicago, Illinois 60603
(Ph):   312.332.1800  (Fax):   877.247.1960